```
Peter E. Martin, SBN 121672
Law Offices of Peter E. Martin
Attorneys at Law
917 Third Street
Eureka, CA 95501
Tel: (707) 268-0445
Fax: (707) 667-0318
e-mail: peter@petermartinlaw.com

Attorneys for Plaintiff


Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
KRYSTLE REID and CHRIS WILSON
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| NICHOLAS ANTHONY VITELLO, | CASE NO.: CV-13-4478-NJV |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER STAYING CASE |
| vs. | **AS MODIFIED** |
| CRYSTLE REID, CHRIS WILSON, Does 1 through 10, | |
| Defendants. | |

　　1.　　Plaintiff NICHOLAS ANTHONY VITELLO is represented by the Law Offices of Peter Martin;

　　2.　　Defendants filed their Answer to Complaint on November 5, 2013;

　　3.　　There is a Case Management Conference set in this matter on January 7, 2014, at 2:00 p.m. in Courtroom 205, 2nd Floor, 514 "H" Street, Eureka, California;

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
STIPULATION AND [~~PROPOSED~~] ORDER STAYING CASE
(Case No. CV-13-4478-NJV)

1    4.   Currently pending in the Humboldt County Superior Court is a case
2  entitled: *People v. Nicholas Anthony Vitello*, Case No. CR1104161, arising out of the
3  occurrences that are the subject of the civil action, and further:

4    A.   The Defendant in that case is Plaintiff NICHOLAS ANTHONY
5         VITELLO in this action.
6    B.   Defendants have asserted the *Heck* doctrine as a defense to the
7         subject civil case.

8    5.   The parties hereby stipulate to the following:
9    A.   The parties request a stay of this action pending the final outcome of
10        the case *People v. Nicholas Anthony Vitello,* Humboldt County
11        Superior Court Case #CR1104161; and
12   B.   That all pending dates, including the Case Management Conference
13        set for January 7, 2014, be vacated.

**IT IS SO STIPULATED.**

Dated:  December 16, 2013           LAW OFFICES OF PETER E. MARTIN


                                    By:   */s/ Peter E. Martin*
                                          Peter E. Martin
                                          Attorneys for Plaintiff

Dated:  December 16, 2013           MITCHELL, BRISSO, DELANEY & VRIEZE


                                    By:   */s/ Nancy K. Delaney*
                                          Nancy K. Delaney
                                          Attorneys for Defendants

                                    * * * * *

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
STIPULATION AND [~~PROPOSED~~] ORDER STAYING CASE
(Case No. CV-13-4478-NJV)

1  **IT IS SO ORDERED.** In addition, the court orders the parties to attend a telephonic status conference on February 11, 2014 at 1:00 p.m.

Dated: ___12/18/13_____   _____
                          Magistrate Judge Nandor S. Vadas
                          United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3
STIPULATION AND [PROPOSED] ORDER STAYING CASE
(Case No. CV-13-4478-NJV)