Peter E. Martin, SBN 121672
Law Offices of Peter E. Martin
Attorneys at Law
917 Third Street
Eureka, CA 95501
Tel: (707) 268-0445
Fax: (707) 667-0318
e-mail: peter@petermartinlaw.com

Attorneys for Plaintiff

Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
KRYSTLE REID and CHRIS WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| NICHOLAS ANTHONY VITELLO, | CASE NO.: CV-13-4478-NJV |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| CRYSTLE REID, *et al.*, | |
| Defendants. | |

    1.    Plaintiff NICHOLAS ANTHONY VITELLO is represented by the Law Offices of Peter Martin;

    2.    Defendants filed their Answer to Complaint on November 5, 2013;

/ / /

/ / /

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

3. There is a Case Management Conference set in this matter on February 3, 2015, at 1:00 p.m. at the courthouse located at 3140 Boeing Avenue, McKinleyville, California;

4. Currently pending in the Humboldt County Superior Court is a case entitled: *People v. Nicholas Anthony Vitello*, Case No. CR1104161, arising out of the occurrences that are the subject of the civil action, and further:

    A. The Defendant in that case is Plaintiff NICHOLAS ANTHONY VITELLO in this action.

    B. Defendants have asserted the *Heck* doctrine as a defense to the subject civil case.

5. The parties hereby stipulate to the following:

    A. That the Case Management Conference set for February 3, 2015, be vacated;

    B. That a further Case Management Conference be set **April 28, 2015, at 1:00 p.m.**

**IT IS SO STIPULATED.**

Dated: January 30, 2015    LAW OFFICES OF PETER E. MARTIN

By: */s/ Peter E. Martin*
Peter E. Martin
Attorneys for Plaintiff

Dated: January 30, 2015    MITCHELL, BRISSO, DELANEY & VRIEZE

By: */s/ Nancy K. Delaney*
Nancy K. Delaney
Attorneys for Defendants

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

ORDER

**IT IS SO ORDERED** that the Case Management Conference be continued to **April 28, 2015, at 1:00 p.m.**

**IT IS SO ORDERED**.

Dated: January 30, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3
STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE