UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| NICHOLAS ANTHONY VITELLO,<br><br>    Plaintiff,<br><br>    v.<br><br>CRYSTLE REID, *et al.*,<br><br>    Defendants. | Case No.  13-cv-04478-NJV<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 19 |

Pursuant to the Stipulation of the Parties (Doc. 19), this action is DISMISSED, in its entirety, with prejudice.

A separate judgment will issue.

**IT IS SO ORDERED**.

Dated: March 24, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge